FRANK COUSINO, Respondent, *v.* WATERTOWN PAPER COMPANY, Appellant.

*Cousino* v. *Watertown Paper Co.*, 105 App. Div. 625, affirmed.
(Argued June 12, 1906; decided October 2, 1906.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered May 12, 1905, affirming a judgment in favor of plaintiff entered upon a verdict and an order denying a motion for a

33

new trial in an action to recover for personal injuries alleged to have been occasioned through defendant's negligence.

*Thomas Burns* for appellant.

*George B. MacComber* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., GRAY, EDWARD T. BARTLETT, VANN, WERNER, WILLARD BARTLETT and CHASE, JJ.